ACCEPTED
12-14-00214-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
7/16/2015 10:39:26 AM
CATHY LUSK
CLERK

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

7/16/2015 10:39:26 AM

CATHY S. LUSK
Clerk

July 16, 2015

Twelfth Court of Appeals
1517 W Front St Ste 354
Tyler TX 75702-7854

**Re: Brandon Gober**
    **12-14-00214-CR**

To The Honorable Clerk of the Court:

Please find enclosed a copy of the letter sent to my client regarding his right to file a PDR along with a copy of the certified return receipt showing the mailing of the same.

        Sincerely,

        /s/Austin Reeve Jackson

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

AZALEA STA - TYLER TX

Postmark
Here

JUL 11 2015

USPS

Sent To *Branden Gober* USP 2154-2519

Street, Apt. No.; or PO Box No. *Medfa Unit PO Box 555*

City, State, ZIP+4 *Reed Tx 75705*

PS Form 3800, August 2006

See Reverse for Instructions

July 09, 2015

Brandon Gober
Inmate 01942989
Hodge Unit
PO Box 999
Rusk, TX 75785

**Re:  Opinion**

Mr. Gober:

Please find enclosed a copy of opinion issued by the Court of Appeals in your case.  The Court
has affirmed your conviction.

Should you desire to do so, you do have the right to file a *pro se* Petition for Discretionary
Review in the Court of Criminal Appeals.  If you decide to pursue that option you must file your
petition prior to the expiration of thirty days from the date of the court's opinion.

I would be happy to address any questions or concerns you have if you will simply let me know.

Sincerely,


Austin Reeve Jackson